# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET
NUMBER:  **23 CV 10187**

DATE FILED:  NOV 2 0 2023

SIGNED BY:  JUDGE MARRERO

DATE SIGNED:  NOV 2 0 2023

23 mc 448

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

✓ COMPLAINT/PETITION ONLY

____ OTHER DOCUMENTS/EXHIBITS

Summons - issued

FILED
U.S. DISTRICT COURT
2023 NOV 20
S.D. OF N.Y.