UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ADEL Y. AL GHANEM,                                          :
                                                            :
                          Plaintiff,                        :
                                                            :        23-CV-10187 (VSB)
                 -against-                                  :
                                                            :        **ORDER**
INTREPID ACQUISITION HOLDINGS, LLC;          :
BLACK DIAMOND CAPITAL                        :
MANAGEMENT, LLC; BLACK DIAMOND              :
COMMERCIAL FINANCE, LLC; BDCM                :
OPPORTUNITY FUND III, LP; BDCM               :
OPPORTUNITY FUND IV, LP; BLACK               :
DIAMOND CREDIT STRATEGIES MASTER             :
FUND, LTD; IAP WORLDWIDE SERVICES,           :
INC.; and IAP GLOBAL SERVICES, LLC,          :
                                                            :
                          Defendants.                       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of Petitioner's request for a temporary restraining order and preliminary injunction, proposed order to show cause, memorandum of law, and supporting affidavit and exhibits. Petitioner and Respondent are directed to appear for a conference on Petitioner's request for a temporary restraining order on November 22, 2023, at 2:00 p.m. The conference will take place telephonically at 1-888-363-4749, conference code 2682448.

SO ORDERED.

Dated:   November 21, 2023
          New York, New York

_____
VERNON S. BRODERICK
United States District Judge