**quinn emanuel** trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121-6950 | TEL (801) 515-7300 FAX (801) 515-7400

---

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.** 12/14/2023

Due to the Court's schedule, oral argument will take place on December 21, 2023 at 8:30 a.m. EST via Microsoft Teams. A link will be emailed to the parties this afternoon.

December 13, 2023

**VIA ECF**

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

Re: *Adel Y. Al Ghanem v. Intrepid Acquisition Holdings, et al.*, No. 23-cv-10187-VSB
Joint Request to Adjourn Oral Argument to December 21, 2023

Dear Judge Broderick:

We are counsel for the Plaintiff in the above-referenced action and write jointly on behalf of Plaintiff and all Defendants (collectively, the "Parties"). The Parties respectfully request that the oral argument currently scheduled in the above-referenced matter for December 19, 2023 be adjourned to December 21, 2023 at 10:00 a.m. ET or at another time that is convenient to the Court that day, preferably in the morning.

Respectfully submitted,

[signature]

Dennis Hranitzky

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH