**quinn emanuel** trial lawyers | salt lake city

2755 E. Cottonwood Parkway, Suite 430, Salt Lake City, Utah 84121-6950 | TEL (801) 515-7300 FAX (801) 515-7400

WRITER'S DIRECT DIAL NO.
**(801) 515-7333**

WRITER'S EMAIL ADDRESS
**dennishranitzky@quinnemanuel.com**

December 18, 2023

<u>VIA ECF</u>

Hon. Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/18/2023

     Re:    *Adel Y. Al Ghanem v. Intrepid Acquisition Holdings, et al.*, No. 23-cv-10187-VSB
           Request to File Sealed Documents

Dear Judge Broderick:

We write on behalf of our client Adel Y. Al Ghanem ("**Plaintiff**"), the Plaintiff in the above-referenced action.  We write respectfully to request that Plaintiff's Reply Memorandum of Law in further support of his Motion for a Temporary Restraining Order and Preliminary Injunction, as well as the accompanying declarations and exhibits (collectively, the "Reply Documents"), be filed under seal.  The Reply Documents contain information and documents produced by Defendants and certain non-parties that have been designated as confidential.  Plaintiff seeks permission to seal the Reply Documents in their entirety only temporarily, given the expedited nature of these proceedings and the short time frame within which discovery was conducted. Immediately upon filing, Plaintiff intends to meet and confer with Defendants and other producing parties regarding limited, narrowly tailored proposed redactions, consistent with Rules 5.B.ii-iii of Your Honor's Individual Rules & Practices in Civil Cases.

The present request is being made for the same reasons set forth in Plaintiff's prior Letter Motions to Seal filed in this case (Dkts. 5 & 62)—which Your Honor granted (Dkts. 29 & 67)— namely, to protect national security interests and other potentially confidential information.   To advance judicial economy, Plaintiff hereby incorporates by reference the factual assertions and legal argument contained in Plaintiff's prior Letter Motions to Seal (Dkts. 5 & 62).  For the same reasons stated therein, Plaintiff respectfully requests that the Court permit the filing of the Reply Documents under seal, pending a meet and confer regarding proposed redactions.

**quinn emanuel urquhart & sullivan, llp**
ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON |
LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY |
SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

Dennis Hranitzky