UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                  :

ADEL Y. AL GHANEM,             :

                                  :

                  Plaintiff,    :

                                :                        23-CV-10187 (VSB)

            -against-       :

                                :                      **ORDER**

BLACK DIAMOND COMMERCIAL    :
FINANCE, LLC; IAP WORLDWIDE    :
SERVICES, INC,              :

                                :

                Defendants.  :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

The action is scheduled for a hearing on Plaintiff's motion for a preliminary injunction on

December 21, 2023 at 8:30 a.m. via Microsoft Teams.  Members of the public may observe by

calling the following dial-in, but must keep their lines muted:  (646) 453-4442, Access Code:

869 238 417#.

SO ORDERED.

Dated:     December 20, 2023
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge