UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                      :
ADEL Y. AL GHANEM,                                    :
                                                      :
                               Plaintiff,             :
                                                      :            23-CV-10187 (VSB)
                   -against-                           :
                                                      :            **ORDER**
BLACK DIAMOND COMMERCIAL                               :
FINANCE, LLC; IAP WORLDWIDE                            :
SERVICES, INC,                                         :
                                                      :
                               Defendants.            :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I held a hearing on Plaintiff's motion for a preliminary injunction on December 21, 2023

at 8:30 a.m. via Microsoft Teams.  For the reasons stated on the record during the hearing,

Plaintiff's motion for a preliminary injunction is denied.

SO ORDERED.

Dated:    December 22, 2023
          New York, New York

                                       _____
                                       VERNON S. BRODERICK
                                       United States District Judge